# UNITED STATES COURT OF APPEALS

## FOR THE EIGHTH CIRCUIT

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

05 JUN 27 AM 8:59

OFFICE OF THE CLERK

No.  05-2658

In Re:                              *
                                    *
       Tyrell Knight,               *
                                    *    Petition for Writ of Mandamus
           Petitioner.              *
                                    *
                                    *
                                    *

## JUDGMENT

Petition for writ of mandamus has been considered by the court and is denied.  The motion for in forma pauperis status is granted. (5360-010199)

June 24, 2005

Order Entered at the Direction of the Court:

*Michael E. Gans*

Clerk, U.S. Court of Appeals, Eighth Circuit.

A TRUE COPY OF THE ORIGINAL
MICHAEL E. GANS, CLERK
UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT
BY: *Michael E. Gans*