IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| TYRELL KNIGHT, | ) | |
| | ) | 4:04CV3383 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| UNKNOWN MERRILL, | ) | |
| | ) | |
| Defendant. | ) | |

   This matter is before the court on filing no. 73, the motion for an extension of time, filed by the defendant. The defendant requests an extension of time in which to submit the proposed order on final pretrial conference as ordered in filing no. 31. Defendant requests this extension so that plaintiff's response to the order on final pretrial conference may be incorporated and the plaintiff's signature may be obtained. Upon review of the record, I will grant the motion, and the defendant shall have until March 25, 2006 to file the document.

   SO ORDERED.

   DATED this 15th day of March, 2006.

BY THE COURT:

S/F.A. GOSSETT
United States Magistrate Judge