odsmbnc (06/06)

**UNITED STATES BANKRUPTCY COURT**
Nebraska U.S. Bankruptcy Court
460 Federal Building
100 Centennial Mall North
Lincoln, NE 68508

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

2007 FEB 12 PM 1:50

OFFICE OF THE CLERK

In Re:

Tyrell Le Ron Knight

Debtor(s)

Bankruptcy Proceeding No. 06-41610-TLS
Chapter 7

Judge: Thomas L. Saladino

4:05CV3288
4:06CV3152
4:04CV3383
4:06CV3005

## ORDER DISMISSING CASE

Order Granting Motion to Dismiss Case For Other Reasons Filed by Debtor Tyrell Le Ron Knight (Related Doc # [19]). The Motion to Dismiss Case is Granted.

Dated: February 7, 2007

BY THE COURT:

/s/ Thomas L. Saladino
Bankruptcy Judge

Copies mailed to all creditors and parties in interest.

041264